United States District Court
Southern District of Texas
AO 91 (R<del>ev. 11</del>/<del>11</del>) Criminal Complaint

**FILED**
JUN 06 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jacobo Javier GARZA-SOLIS<br>YOB:1994<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 7:22-mj-1102<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___May 19, 2022___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Title 751(a) | Knowingly escape from federal custody, that is, GEO Mid-Valley Halfway House, Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the United States District Court for the Southern District of Texas in case number 7:17CR00360-001 for the conviction of felony offense of Attempting to export defense articles without authorization, in violation of 22 U.S.C. § 2778(b)(2), 2778(c), 121.1, 123.1, 127.1 and 127.3 |

This criminal complaint is based on these facts:

See Attachment "A"
Complaint authorized by AUSA Michael Mitchell
Submitted by reliable electronic means, sworn to and attested telephonically per FED R. CR. P. 4.1 and probable cause found on:

☑ Continued on the attached sheet.

*Jonathan Buban*
*Complainant's signature*

Jonathan Buban Deputy U.S. Marshal
*Printed name and title*

~~Sworn to before me and signed in my presence.~~

Date: 6/6/22 - 11:04am

City and state: _____

Hon. U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

On February 24, 2017, United States Immigration and Customs Enforcement Agents arrested Jacobo Javier GARZA-SOLIS for the illegal exportation of defense articles.

On May 3, 2017 GARZA-SOLIS pled guilty to the charge of knowingly and willfully exporting and causing to be exported and attempted to cause to be exported into the United Mexican States from the United States of America a defense article, to wit: a Glock .40 caliber, semiautomatic handgun charged with a magazine containing 13 rounds of ammunitions, and approximately 1,540 rounds of 7.62x39mm ammunition, which were designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

In violation of Title 18 United States Code, Section 554 all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, United States Code of Federal Regulations, Section 121.1, 123.1, 127.1, and 127.3.

On October 16, 2020, in case number 7:17CR360, GARZA-SOLIS was sentenced to 82 months to be served in the custody of the United States Bureau of Prisons by United States District Judge Micaela Alvarez.

On March 2, 2022, GARZA-SOLIS was designated to the GEO Group's Mid-Valley Halfway House (Mid-Valley House) in Edinburg, Texas to finish the remainder of his sentence that was to conclude December 21, 2022. At the time of his required orientation, GARZA-SOLIS read and was advised of the rules and policies, which specify that any individual in the custody of the Attorney General of the United States who leaves without permission from the center director of authorized staff representatives shall be deemed an escape from the custody of the attorney General of the United States. GARZA-SOLIS acknowledged, initialed, and signed the Mid-Valley House Residential Re-Entry Center Policy and Rules Form.

On May 19, 2022, GARZA-SOLIS checked out on a Daily Plan which included a medical appointment. The inmate was due back at the RRC at 2:15 pm. Upon an accountability check, RRC staff were advised that GARZA-SOLIS was not at the medical site, anymore. He was contacted several times with no response. He has not returned to the RRC.